UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BMO BANK N.A., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:25-CV-3198-N |
| MCI DIAGNOSTIC CENTER, LLC | § | |
| and COLLEEN J. PAYNE, | § | |
| | § | BENCH TRIAL/JURY WAIVED |
| | § | |
| *Defendants*. | § | |

## PLAINTIFF'S MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff files this Motion for Leave to Proceed Without Local Counsel pursuant to Local Civil Rule 83.10 and respectfully shows as follows:

### I. INTRODUCTION

1. Plaintiff respectfully seeks leave of Court to proceed without designation of local counsel under Local Civil Rule 83.10.

2. Good cause exists for granting leave because this case is proceeding toward default and is not expected to require hearings or trial.

### II. APPLICABLE RULE

3. Local Civil Rule 83.10 provides that local counsel is required where an attorney does not reside or maintain a principal office within the Northern District of Texas.

4. The rule further provides that "[a]ttorneys desiring to proceed without local counsel must obtain leave from the presiding judge."

### III. BASIS FOR REQUEST

5. Plaintiff's counsel, Katherine Fillmore, is admitted to practice before the United States District Court for the Northern District of Texas and is in good standing.

6. This matter is presently proceeding toward a default judgment. At this stage:

   a. No hearings are anticipated;
   b. No trial is anticipated; and
   c. No in-person appearances before the Court are expected.

7. Accordingly, the primary purpose of Local Rule 83.10—to ensure the availability of counsel to appear and argue before the Court—is not implicated in this case.

8. Requiring designation of local counsel under these circumstances would impose unnecessary expense and burden without advancing the efficient resolution of the action.

9. Plaintiff's counsel is fully capable of complying with all applicable rules, including the Federal Rules of Civil Procedure, this Court's Local Rules, and any orders issued by the Court.

## IV. PRAYER

WHEREFORE, Plaintiff respectfully requests that the Court grant leave for Plaintiff to proceed in this action without designation of local counsel pursuant to Local Civil Rule 83.10, and for such other and further relief to which Plaintiff may be justly entitled.

Dated: May 13, 2026              Respectfully submitted,

                            **MICHAEL BEST & FRIEDRICH LLP**

                            By: */s/ Katie A. Fillmore*
                            Katie A. Fillmore
                            Texas State Bar No. 24069717
                            Katie.Fillmore@michaelbest.com
                            Nicole J. Thacker
                            Texas State Bar No. 24131708
                            Nicole.thacker@michaelbest.com
                            515 Congress Avenue, Suite 2500
                            Austin, Texas 78701
                            Tel.: (512) 320-0601
                            Fax: (512) 640-3170
                            ***Attorneys For Plaintiff BMO Bank N.A. f/k/a***
                            ***BMO Harris Bank N.A***